FREDERICK H. FOOTE et al., as Executors of WALLACE T. FOOTE, JR., Deceased, Respondents, *v.* FLORENCE W. PEASLEE et al., Appellants.

*Will — construction — when fund set apart by testator to provide annuity for wife passes under residuary clause of his will.*

Foote v. Peaslee, 206 App. Div. 329, affirmed.
(Argued January 14, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 9, 1923, upon the submission, under section 546 of the Civil Practice Act, of a controversy as to the persons entitled to share in a fund set aside by the testator, Jonathan G. Witherbee, to provide an annuity for his wife during her life. The Appellate Division held that under the will of Jonathan G. Witherbee, the rest, residue and remainder of his estate, including the $200,000 for the annuity, vested at the time of his death in the parties named as residuary legatees surviving him and should be distributed to them or to those to whom it has passed from them.

*Henry W. Taft* and *Thomas B. Gilchrist* for Florence W. Peaslee, appellant.

*Charles D. Miller* for Evelyn W. Miller, appellant.

*Lewis E. Carr* and *Charles S. Foote* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: MCLAUGHLIN, J.

---

LUELLA G. TUELL, as Administratrix of the Estate of WILLIAM M. TUELL, Deceased, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Negligence — master and servant — railroads — action to recover for death of engineer killed in collision.*

Tuell v. Lehigh Valley R. R. Co., 207 App. Div. 837, affirmed.
(Argued January 14, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,